UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

K. SCOTT STOKES,

    Plaintiff,

v.                                                    Case No. 1:21-cv-05189-TWT
                                                      Notice of Appearance
H + G REAL ESTATE, LLC,

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Whitney M. DuPree, Esquire, of Spire Law, LLC, as counsel of record for the Defendant, H + G REAL ESTATE, LLC.

Dated this 4th day of March, 2022.

    Respectfully submitted,
    SPIRE LAW, LLC
    2572 W. State Road 426, Suite 2088
    Oviedo, Florida 32765

    By:   */s/ Whitney M. DuPree*
           Whitney M. DuPree, Esq.
           Georgia Bar No. 880909
           whitney@spirelawfirm.com
           sarah@spirelawfirm.com
    Attorney for Defendant | H + G REAL ESTATE, LLC

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of March, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*Whitney M. DuPree*
Attorney
