IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K. SCOTT STOKES, | ) |
| | ) |
|    Plaintiff, | ) |
| | )   CIVIL ACTION |
| v. | ) |
| | )   FILE No. 1:21-cv-05189-TWT |
| H+G REAL ESTATE, LLC, | ) |
| | ) |
|    Defendant. | ) |

## **ORDER**

Plaintiff having announced to the Court that the parties in the above civil action have reached a settlement, the Court directs the Clerk to **ADMINISTRATIVELY CLOSE** the case. The parties shall execute their settlement documents and file for dismissal consistent with the Notice of Settlement [Doc. 5]. This Administrative Closure shall not prohibit the parties from submitting a Consent Decree for the Court's review and approval contemporaneously with their dismissal documents.

**SO ORDERED**, this  8th  day of  March , 2022.

_____
Hon. Thomas W. Thrash, Jr.
Senior United States District Judge