IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K. SCOTT STOKES,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>H+G REAL ESTATE, LLC,  )<br>  )<br>  Defendant.  )  | CIVIL ACTION<br><br>FILE No. 1:21-cv-05189-TWT |

**ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANT WITH PREJUDICE**

The Court, having read and reviewed the parties' Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit A, and for good cause shown, the relief requested in the Joint Stipulation is **GRANTED** and this case is **DISMISSED** with **PREJUDICE**. The Court shall retain jurisdiction to enforce the Consent Decree. Each party shall bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

**SO ORDERED**, this 28th day of March, 2022.

_____
Hon. Thomas W. Thrash, Jr.
Senior United States District Judge